IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| OPT OUT SERVICES LLC,<br>　　　Plaintiff,<br><br>v.<br><br>OPROUTPRESCREEN.COM, *et al.*,<br>　　　Defendants. | )<br>)<br>)<br>)   Civil Action No. 1:20-cv-443<br>)<br>)<br>) |

## ORDER

On September 11, 2020, United States Magistrate Judge Theresa Carroll Buchanan entered a Report and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Opt Out Services LLC and against Defendants oproutprescreen.com, optiutprescreen.com, optoutpredcreen.com, optoutpreescreen.com, optoutprrescreen.com, optpoutprescreen.com, and opyoutprescreen.com (collectively, the "Defendants").

Upon consideration of the record and Judge Buchanan's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 12).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 8) is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

GRANTED.

It is further **ORDERED** that **DEFAULT JUDGMENT** be entered in favor of Plaintiff Opt Out Services LLC and against Defendants on Count One of the Complaint.

It is further **ORDERED** that Count Two of the Complaint is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that VeriSign, Inc. **SHALL** transfer ownership of the domain names oproutprescreen.com, optiutprescreen.com, optoutpredcreen.com, optoutpreescreen.com, optoutprrescreen.com, optpoutprescreen.com, and opyoutprescreen.com from the current registrars to Plaintiff's domain registrar of choice, GoDaddy.com LLC.

It is further **ORDERED** that GoDaddy.com LLC take all necessary steps to have Plaintiff Opt Out Services LLC listed as the registrant of the domain names oproutprescreen.com, optiutprescreen.com, optoutpredcreen.com, optoutpreescreen.com, optoutprrescreen.com, optpoutprescreen.com, and opyoutprescreen.com.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants and in favor of Plaintiff Opt Out Services LLC.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendants' last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
October 8, 2020

/s/
T. S. Ellis, III
United States District Judge