# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Opt Out Services LLC | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20cv443 |
| oproutprescreen.com, et al | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on October 8, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiff and against the defendants.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 10/9/2020
Alexandria, Virginia